Kathleen C. Jeffries (State Bar #110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790          JS 6

Attorneys for Plaintiff
AMERICAN FREIGHTWAYS, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FREIGHTWAYS, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>JOSE E. GARCIA, an individual doing business as CHALE TRUCKING; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-09150-DSF-FFM<br><br>JUDGMENT PURSUANT TO STIPULATION |

Defendant Jose E. Garcia, an individual doing business as Chale Trucking, having defaulted in his payment obligations under the terms of the Stipulation re Settlement and Stay of Proceedings Subject to Entry of Judgment Upon Default fully executed by the parties to this action, filed with this Court on February 9, 2017, and good cause appearing based on the Request for Entry of Judgment Pursuant to Stipulation; and Declaration of Kathleen C. Jeffries In Support Thereof filed on April 10, 2017,

///

///

1

(PROPOSED) JUDGMENT PURSUANT TO STIPULATION

JUDGMENT IS HEREBY ENTERED in favor of plaintiff American Freightways, L.P. and against defendant Jose E. Garcia, an individual doing business as Chale Trucking, in the sum of $11,757.99, comprised of damages in the principal sum of $8,848.00, $1,290.85 in prejudgment interest, costs in the sum of $410.81, and $1,208.33 in attorneys' fees pursuant to contract and Local Rule 55-3.

Dated: 4/18/17

_Dale S. Fischer_
Judge, United States District Court

(PROPOSED) JUDGMENT PURSUANT TO STIPULATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, Kathleen C. Jeffries, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 560, Pasadena, California 91101.

On April 18, 2017, I served the foregoing document described as **(PROPOSED) JUDGMENT PURSUANT TO STIPULATION** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

>Mr. Jose E. Garcia
>Chale Trucking
>527 Wild Wind Lane
>Houston, Texas 77013-5523

√ **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2017, at Pasadena, California.

>*/s/ Kathleen C. Jeffries*
>Kathleen C. Jeffries

4827-1724-7046, v. 1